■ In the Matter of ELEANOR PETKOVSEK, Appellant, v JOEL D. SNYDER, Respondent. (Appeal No. 1.) [675 NYS2d 573] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly determined that petitioner failed to establish by a preponderance of the evidence that respondent committed a family offense as defined in Family Court Act § 812 (*see, Matter of Finocchiaro v Finocchiaro*, 192 AD2d 1089). The conflicting testimony presented a credibility issue for the court to resolve, and its determination has a sound and substantial basis in the record (*see, Machukas v Wagner*, 246 AD2d 840, *lv denied* 91 NY2d 813). (Appeal from Order of Supreme Court, Herkimer County, Gilbert, J.—Family Offense.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.

■ In the Matter of ELEANOR PETKOVSEK, Appellant, v JOEL D. SNYDER, Respondent. (Appeal No. 2.) [675 NYS2d 573] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed the petition alleging violations of a joint custody order, which incorporated the parties' joint custody agreement. "To sustain a finding of civil contempt based upon a violation of a court order, it is necessary to establish that a lawful court order clearly expressing an unequivocal mandate was in effect and that the person alleged to have violated that order had actual knowledge of its terms" (*Graham v Graham*, 152 AD2d 653, 654; *see, Matter of McCormick v Axelrod*, 59 NY2d 574, 583). In addition, it must be established that the offending conduct "defeated, impaired, impeded, or prejudiced" a right or remedy of the complaining party (Judiciary Law § 753 [A]; *see, Matter of Frandsen v Frandsen*, 190 AD2d 975, 976). The order and the underlying agreement incorporated therein do not support the contention of petitioner that respondent violated an " 'unequivocal mandate' " regarding her right to joint custody (*Matter of Frandsen v Frandsen*, *supra*, at 976). (Appeal from Order of Supreme Court, Herkimer County, Gilbert, J.—Custody.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.